| | | | | |
|---|---|---|---|---|
| White v. State | 49A05–1701–CR–85 | 08/14/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| State v. Bracewell | 36A05–1702–CR–356 | 08/14/2017 | ROBB, J.<br><br><br><br><br><br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed in part, reversed in part, and remanded for further proceedings.<br>Concurs<br>Concurs |
| Burt v. State | 48A04–1611–CR–2698 | 08/14/2017 | BARNES, J.<br><br>BAKER, J.<br>CRONE, J. | Reversed and remanded<br>Concurs<br>Concurs |
| J.L., Matter of | 45A04–1702–JC–313 | 08/15/2017 | KIRSCH, J.<br>NAJAM, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Ward v. State | 79A05–1702–CR–371 | 08/15/2017 | KIRSCH, J.<br>NAJAM, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Machan v. State | 71A03–1703–CR–549 | 08/16/2017 | CRONE, J.<br>VAIDIK, C.J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| F.M. v. State | 52A05–1703–JV–615 | 08/16/2017 | BAILEY, J.<br>BAKER, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| J.P.F. v. Forrester | 76A03–1702–GU–305 | 08/16/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Williams v. State | 71A03–1703–CR–680 | 08/16/2017 | ALTICE, J.<br>BAKER, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Johnson v. State | 48A05–1703–CR–592 | 08/16/2017 | ALTICE, J.<br>BAKER, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Allen v. State | 49A02–1609–CR–1982 | 08/16/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |